## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES, ex rel** | : | **CIVIL ACTION** |
| **DR. ABRAHAM SCHEER** | : | |
| | : | |
| v. | : | |
| | : | |
| **BEEBE HEALTHCARE, BEEBE** | : | |
| **MEDICAL GROUP, JEFFERSON** | : | |
| **HEALTH SYSTEM, INC., Individually** | : | |
| and d/b/a Jefferson Health and | : | |
| **JEFFERSON HEALTH** | : | **NO. 20-6117** |

## ORDER

**NOW**, this 18th day of January, 2024, upon consideration of Defendant Jefferson Health's Motion to Dismiss The First Amended *Qui Tam* Complaint (Doc. No. 43) and the plaintiff's response, it is **ORDERED** that the motion is **GRANTED**.

**IT IS FURTHER ORDERED** that the First Amended Civil Action Complaint is **DISMISSED with prejudice**.

_____
TIMOTHY J. SAVAGE, J.