### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES, ex rel** | : | **CIVIL ACTION** |
| **DR. ABRAHAM SCHEER** | : | |
| | : | |
| **v.** | : | |
| | : | |
| **BEEBE HEALTHCARE, BEEBE** | : | |
| **MEDICAL GROUP, JEFFERSON** | : | |
| **HEALTH SYSTEM, INC., Individually** | : | |
| **and d/b/a Jefferson Health and** | : | |
| **JEFFERSON HEALTH** | : | **NO. 20-6117** |

### ORDER

**NOW**, this 7th day of March, 2024, upon consideration of the United States' Motion for Clarification Regarding Dismissal Orders (Doc. No. 59), it is **ORDERED** that the motion is **DISMISSED** as unnecessary.

_____
TIMOTHY J. SAVAGE, J.